■ HDI-GERLING AMERICA INSURANCE COMPANY et al., Appellants, v ZURICH AMERICAN INSURANCE Co. et al., Respondents. [48 NYS3d 583]—Orders, Supreme Court, New York County (Anil C. Singh, J.), entered May 21, 2015, which, inter alia, declared that defendant Zurich American Insurance Company's policy is excess to plaintiff HDI-Gerling's policy, unanimously affirmed, with costs.

In this action to determine priority of coverage, the IAS court correctly found that Zurich's other insured endorsement rendered its policy excess to HDI-Gerling America Insurance Company's policy (*see e.g. County of Columbia v Continental Ins. Co.*, 83 NY2d 618, 628 [1994]). Concur—Tom, J.P., Sweeny, Renwick, Moskowitz and Kapnick, JJ.